# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Discord account associated with manny#5739 that is stored at premises controlled by Discord | )<br>)<br>)  Case No.  3:20mj130<br>)<br>)<br>) |

## RULE 4.1 - APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Discord account associated with manny#5739; see attachment A incorporated herein.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of Violations of 18 USC 2423(b); See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2423(b) | Transport With Intent to Engage in Criminal Sexual Activity |

The application is based on these facts:

See attached affidavit

- ☒ Continued on the attached sheet.
- ☐ Delayed notice ____ days (give exact ending date if more than 30 ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ ALEXANDER HIRST
*Applicant's signature*

Alexander Hirst, Special Agent
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: May 18, 2020

Date: 5/18/2020

David C. Keesler
United States Magistrate Judge

City and state: Charlotte, NC       David Keesler United States Magistrate Judge
*Printed name and title*